**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  ASSIGNMENT OF JUDGE OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA

:   No. 360 Common Pleas Judicial
:   Classification Docket
:
:
:

**O R D E R**

**PER CURIAM:**

AND NOW, this 28th day of August, 2019, upon consideration of the Petition of Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the assignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following assignment is approved:

Family Division

The Honorable Mary C. McGinley